IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARRYL SMITH,

    Plaintiff,

v.                                        Civil Action No. 3:17CV372–HEH

OFFICER CADDELL, et al.,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on May 24, 2017, the Court conditionally docketed Plaintiff's action. On June 26, 2017, United States Postal Service returned the May 24, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                        HENRY E. HUDSON
Date: Jun 30, 2017                 UNITED STATES DISTRICT JUDGE
Richmond, Virginia